1   Filed 07/14/2006   Page 1 of 2

06-MC-05017-ORD

FILED _____ LODGED
_____ RECEIVED

JUL 17 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civ. No. MS06-5017 FDB |
| Petitioner, ) | |
| ) | [PROPOSED] ORDER OF |
| v. ) | REFERENCE TO MAGISTRATE |
| ) | JUDGE |
| EFFIE LIGON, individually, and as managing ) | |
| partner of IBIS GROUP, LLC, and as trustee ) | |
| of IBIS COMPANY TRUST, ) | |
| ) | |
| Respondent. ) | |

Upon the petition of the United States and the Declaration of Revenue Agent Paul R. Shipley, including the exhibits attached thereto, it is hereby

ORDERED that the Petition herein is referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge shall review all pleadings, shall determine whether a hearing is required, shall schedule and preside over such hearing, and shall take such other actions as he/she deems necessary to accomplish the purposes of the Order. The Magistrate Judge shall thereafter submit his/her proposed Order, proposed Findings of Fact and Conclusions of Law, or such other documents as he/she deems appropriate. The originals thereof shall be filed with the Clerk, and copies provided to all parties.

[PROPOSED] ORDER OF
REFERENCE (Civ. No. _____)         - 1 -

U.S. DEPARTMENT OF JUSTICE
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593

1  IT IS SO ORDERED. The Clerk shall forward copies of the Order to the above-named
2  Magistrate Judge and to counsel for the United States.
3  DATED this 17 day of July, 2006.

UNITED STATES DISTRICT JUDGE

8  Presented by:

9  JOHN MCKAY
   United States Attorney

10 ROBERT BROUILLARD
11 Assistant United States Attorney

12

13 s/ Jennifer D. Auchterlonie
   JENNIFER D. AUCHTERLONIE, WSBA # 29481
14 Trial Attorney, Tax Division
   U.S. Department of Justice
15 P.O. Box 683, Ben Franklin Station
   Washington, DC 20044
16 Telephone: (202) 514-9593

17 Attorneys for the United States of America

28 [PROPOSED] ORDER OF
   REFERENCE (Civ. No. _____)    - 2 -

U.S. DEPARTMENT OF JUSTICE
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593