Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,          )
                                   )
            Petitioner,            )
                                   )        Case No. MS06-5017 FDB KLS
      v.                           )
                                   )        **AMENDED ORDER TO SHOW**
EFFIE LIGON, individually, and as managing )   **CAUSE RE:  PETITION TO**
partner of IBIS GROUP, LLC, and as trustee )   **ENFORCE INTERNAL REVENUE**
of IBIS COMPANY TRUST,             )        **SERVICE SUMMONSES**
                                   )
                                   )
            Respondent.            )
_____

        Upon the petition of the United States and the Declaration of Revenue Agent Paul R. Shipley,

including the exhibits attached thereto, it is hereby

        ORDERED that respondent Effie Ligon appear before United States Magistrate Judge Karen L.

Strombom in Courtroom F of the United States District Court located at 1717 Pacific Avenue, Tacoma,

Washington, on the 8th day of September, 2006, at 9:00 a.m., to show cause why she should not be

compelled to obey the Internal Revenue Service summonses served upon her.

///

AMENDED ORDER
TO SHOW CAUSE (Misc. No. 06-5017 FDB KLS)        - 1 -

U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-9593

///

It is further  ORDERED that:

1.      A copy of this Order, together with the Order of Reference to Magistrate Judge (Dkt. #3), shall be served upon respondent in accordance with Fed. R. Civ. P. 5, as soon as practicable after this Order is served upon counsel for the United States.

2.      Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk of Court as soon as practicable.

3.      Since the file in this case reflects a prima facie showing that the examination is being conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, *United States v. Powell*, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to respondent to oppose enforcement of the summonses.

4.      If respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the United States in Washington D.C., at least 5 court days prior to the date set for the show cause hearing. The United States may file and serve a reply memorandum to any opposition at least 2 court days prior to the date set for the show cause hearing.

5.      At the show cause hearing, the Court will consider all issues raised by respondent.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

6.      Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States in Washington, D.C., at least 5 court days prior to the date set for the show cause hearing, that respondent has no objection to enforcement of the summons.  The respondent's appearance at the show cause hearing will then be excused.

Respondent is hereby notified that failure to comply with this Order may subject respondent to

U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-9593

AMENDED ORDER
TO SHOW CAUSE (Misc. No. 06-5017 FDB KLS)         - 2 -

1    sanctions for contempt of court.

2            The Clerk shall forward copies of this Order to counsel for the United States, at the address

3    indicated on its pleadings.

4

5            DATED the 25th day of August, 2006.

6

7

8                                                          Karen L. Strombom

9                                                          United States Magistrate Judge

10

11

12   Submitted by:

13   JOHN MCKAY
     United States Attorney
14

15   ROBERT BROUILLARD
     Assistant United States Attorney
16

17

18   s/ Jennifer D. Auchterlonie
     JENNIFER D. AUCHTERLONIE, WSBA 29481
19   Trial Attorney, Tax Division
     U.S. Department of Justice
20   Post Office Box 683
     Ben Franklin Station
21   Washington, D.C.  20044
     Telephone: (202) 514-9593
22   Facsimile:  (202) 307-0054
23   E-mail:  Jennifer.D.Auchterlonie@USDOJ.gov

24

25

26                                                    U.S. DEPARTMENT OF JUSTICE
                                                      Tax Division
27                                                    P.O. Box 683, Ben Franklin Station
                                                      Washington, DC 20044
28   AMENDED ORDER                                    Telephone: (202) 514-9593
     TO SHOW CAUSE (Misc. No. 06-5017 FDB KLS)          - 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED ORDER
TO SHOW CAUSE (Misc. No. 06-5017 FDB KLS)        - 4 -

**U.S. DEPARTMENT OF JUSTICE**
Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-9593